UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT WADE MORSE, | ) | 3:16-cv-00680-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 16, 2018 |
| | ) | |
| ROMEO ARANAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Extension of Time to File Motion for Summary Judgment (ECF No. 30). Defendants request a thirty (30) day extension of time from the current deadline (August 15, 2018) in which to file a motion for summary judgment.

Defendants' Motion for Extension of Time to File Motion for Summary Judgment (ECF No. 30) is **GRANTED**. The deadline to file dispositive motions is extended to and including **September 14, 2018**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>       /s/                              </u>
      Deputy Clerk